UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY COX and GREGORY COX, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 3:15-01519 |
| CAR FINDERS LLC and DARRELL DENTON, | ) ) JURY DEMAND ) ) |
| Defendants. | ) |

MOTION TO APPROVE CONSENT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 58(a), F.R.C.P., to approve the proposed Consent Judgment agreed to by the parties, annexed hereto as Exhibit "A", and to direct entry of same. This motion is made on the ground that the parties have reached agreement on the amounts and terms as stated in the proposed Consent Judgment and such amounts and terms are reasonable and appropriate.

S/ Steven A. Taterka
Steven A. Taterka
Attorney for Plaintiffs
B.P.R. No. 15937
P.O. Box 368
Kingston Springs, TN 37082
615 952-3661
615 952-4762 (fax)
stevetaterka@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I served a copy of the foregoing Motion to Approve Consent Judgment, together with the proposed Consent Judgment annexed as Exhibit "A", by filing same with the Court's Electronic Case Filing System (ECF).

Additionally, I hereby certify that on October 12, 2016, I served a copy of the foregoing document by facsimile to Robert D. Travis, 107 South Greenwood, Suite B, Lebanon, TN 37087-3523, counsel for defendants, at fax number 615 444-5012.

S/ Steven A. Taterka
Steven A. Taterka